No. 99–10160. IN RE RETTIG. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of common-law certiorari dismissed. See this Court's Rule 39.8.

No. 99–2003.  IN RE HAWKINS;
No. 99–2087.  IN RE BULLARD;
No. 99–10030.  IN RE TATLIS;
No. 99–10095.  IN RE WESTINE;
No. 99–10152.  IN RE FORD;
No. 99–10197.  IN RE MCELHANEY;
No. 99–10264.  IN RE COMER;
No. 00–5003.  IN RE GRAFFIA;
No. 00–5046.  IN RE ROBINSON;
No. 00–5105.  IN RE VILELLA;
No. 00–5156.  IN RE BARKETT;
No. 00–5186.  IN RE WITHERS;
No. 00–5279.  IN RE MUA;
No. 00–5449.  IN RE LOPEZ;
No. 00–5468.  IN RE STEPHENS;
No. 00–5548.  IN RE JERRY-EL;
No. 00–5566.  IN RE SESARIO DEPINEDA;
No. 00–5578.  IN RE KADE;
No. 00–5682.  IN RE LUDWIG;
No. 00–5784.  IN RE DOOLITTLE;
No. 00–5794.  IN RE HAYMES;
No. 00–5812.  IN RE BOYER;
No. 00–5839.  IN RE HARRIS;
No. 00–5859.  IN RE GIBSON;
No. 00–5895.  IN RE AVILA-TORRES;
No. 00–5902.  IN RE CALLEROS;
No. 00–5921.  IN RE BOYD; and
No. 00–5983.  IN RE WALTON. Petitions for writs of habeas corpus denied.

No. 99–10127. IN RE COTNER. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 00–5469. IN RE REEVES. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.